ACCEPTED
14-15-00293-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 3:51:25 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00293-CR
IN THE
COURT OF APPEALS
FOR THE
FOURTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 3:51:25 PM
CHRISTOPHER A. PRINE
Clerk

_____

BRANDON MARLO MILLER, Appellant
V.
THE STATE OF TEXAS, Appellee

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF FOR APPELLANT

To the Honorable Court of Appeals:

Brandon Marlo Miller, moves for an extension of time in which to file his brief, in accordance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, and in support of his motion shows as follows:

I.

Appellant was tried by a jury and convicted of murder in cause numbers 12CR1637 in the 406th District Court of Galveston County, Texas on February 25, 2015. The Appellant was sentenced to 65 years in the Institutional Division of the Texas Department of Criminal Justice in accordance with the verdict of the jury on February 25, 2105. Appellant filed Notice of Appeal on February 25, 2015.

The current deadline for the filing of the Appellant's brief was due July 31, 2015.

II.

In support of this motion, the appellant would show that the Reporter's Record of the proceedings in the District Court consists of 14 volumes. The undersigned counsel for Appellant was appointed to represent him on appeal, and did not try the case, so the

undersigned was unfamiliar with the specific content of the record and has to read it in careful detail and speak to the attorney who represented the Appellant at the hearing.

The Court Reporter did not file her record with the Galveston County District Clerk until July 31, 2015.

For these reasons, it appears that the undersigned will not be able to thoroughly review that record and research all of the colorable issues on appeal raised by the record in this case, and then prepare and file the Appellant's brief by the current deadline.

### III.

No previous requests for extension of time to file the Appellant's brief have been made.

### IV.

Counsel for the State is not opposed to this motion.

For the reasons stated, Appellant, Brandon Marlo Miller, prays that the Court grant an extension of time to file the brief for the Appellant through and including September 15, 2015.

Respectfully submitted,

___/s/ Susan Criss
Susan Criss
Post Office Box 17046
Galveston, Texas  77552
(409) 771 4069
(409)763-1508 (FAX)
State Bar No. 06630475
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was delivered to the Criminal

District Attorney for Galveston County on the 11th th day of August 10, 2015.

/s/ Susan Criss

_____

Susan Criss